**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 77 WM 2021

                Respondent         :

                      v.         :

DALE M. JOHNSON,         :

                Petitioner         :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.